Lisa Breslaw
7326 N. Decatur Blvd., Unit 1
Las Vegas, NV 89131
702-488-6989
lisa.breslaw@alumni.unlv.edu
Plaintiff, In Proper Person

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Lisa Breslaw                                    Case No. 2:23-cv-01680
Plaintiff                                       **ERRATA TO 2ND  AMENDED**
Vs.                                             **COMPLAINT**

STATE OF NEVADA ex. Rel., BOARD OF REGENTS
OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF
COLLEGE OF SOUTHERN NEVADA

Defendant

## ERRATA TO 2ND AMENDED COMPLAINT

Paragraph 36 of Plaintiff's 2nd amended complaint reads:   "Regardless of what happens with that case, or whether she applies directly to graduate school or pursues a second bachelor's degree first, the fact remains that Plaintiff now has no employment prospects because of CSN. Furthermore, even if she was to obtain employment, she has missed out on, as of now, 22 months of employment. "

Plaintiff had initially referenced another case that she is representing herself in but then edited it out. The paragraph should read "Furthermore, even if she was to obtain employment, she has missed out on, as of now, 22 months of employment."

Additionally, there are times throughout the complaint where Plaintiff switches between using "her" and "I" in sentences when referencing herself. This is to clarify that they both refer to herself, and she is unsure whether to refer to herself in the 3rd person as "Plaintiff' or in the first person as "I," as she would in ordinary conversation.

Dated this 25th of October, 2023.

/s/ Lisa Breslaw
Lisa Breslaw
7326 N. Decatur Blvd., Unit 1
Las Vegas, NV 89131
702-488-6989

lisa.breslaw@alumni.unlv.edu

Plaintiff, In Proper Person

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the 25th day of October, 2023, I served the foregoing **ERRATA TO SECOND AMENDED COMPLAINT** via U.S. Mail, to the address shown below.

College of Southern Nevada
Office of General Counsel 6375 W. Charleston Blvd., WCE310
Las Vegas, NV 89146


A courtesy copy was sent by email to:
karissa.neff@csn.edu  and debra.pieruschka@csn.edu