# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA BRESLAW,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF COLLEGE OF SOUTHERN NEVADA,<br><br>    Defendant. | Case No. 2:23-cv-01680-APG-VCF<br><br>**Order**<br><br>[Docket No. 33] |

It has been brought to the Court's attention that Plaintiff's letter at Docket No. 33 was to be included as part of Plaintiff's confidential Early Neutral Evaluation statement. *See* Docket No. 34. Accordingly, the Court **STRIKES** the document at Docket No. 33.

IT IS SO ORDERED.

Dated: December 4, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1