# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lisa Breslaw,<br><br>    Plaintiff(s),<br><br>v.<br><br>State of Nevada ex rel Board of Regents of the Nevada System of Higher Education on Behalf of College of Southern Nevada,<br><br>    Defendant(s). | 2:23-cv-01680-APG-VCF<br><br>**ORDER** |

The parties reached a settlement agreement at the early neutral evaluation session. ECF No. 36.

Accordingly,

IT IS HEREBY ORDERED that the following motions are DENIED without prejudice.

1. Motion to file second amended complaint (ECF No. 10),

2. Motion to file third amended complaint (ECF No. 15),

3. Motion to extend time (ECF No. 19), and,

4. Motion to stay discovery (ECF No. 22).

DATED this 12th day of December 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1