TRANSCRIBED FROM DIGITAL RECORDING
2:23-cv-01680-APG-VCF - December 6, 2023          1

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF NEVADA

 3  LISA BRESLAW,                  )  CASE NO. 2:23-cv-01680-APG-VCF
                                   )
 4             Plaintiff,          )  Las Vegas, Nevada
                                   )  December 6, 2023
 5      vs.                        )  Courtroom 3C
                                   )
 6  STATE OF NEVADA, EX REL. BOARD )  Recording method: Liberty/CRD
    OF REGENTS OF THE NEVADA       )  10:50 a.m. - 10:53 a.m.
 7  SYSTEM OF HIGHER EDUCATION,    )  EARLY NEUTRAL EVALUATION
                                   )  SESSION
 8             Defendant.          )
    _____)  C E R T I F I E D   C O P Y
 9

10

11                     TRANSCRIPT OF PROCEEDINGS

12           BEFORE THE HONORABLE NANCY J. KOPPE,
         UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
13

14
    APPEARANCES:  (See next page)
15

16  Recorded by:  Ari Caytuero

17  Transcribed by:    PAIGE M. CHRISTIAN, RMR, CRR, CCR #955
                       United States District Court
18                     333 Las Vegas Boulevard South
                       Las Vegas, Nevada  89101
19

20

21

22

23

24  Proceedings recorded by electronic sound recording.
    Transcript produced by mechanical stenography and computer.
25
```

1  **APPEARANCES:**

2

3  For Plaintiff Lisa Breslaw:

4       **LISA BRESLAW, PRO SE**
        7326 N. Decatur Boulevard
5       Unit 1
        Las Vegas, NV 89131
6       (702) 488-6989
        E-mail: lisa.breslaw@alumni.unlv.edu
7

8  For Defendant State of Nevada, ex rel. Board of Regents of the
   Nevada System of Higher Education:
9
        **KARISSA DAWN NEFF, ESQ.**
10      *COLLEGE OF SOUTHERN NEVADA*
        6375 West Charleston Boulevard
11      Las Vegas, NV 89146
        (702) 651-7325
12      E-mail: karissa.neff@csn.edu

13

14

15

16 ALSO PRESENT:   India Barton, Defense Representative;
                   Nancy Katafias, Tort Claims Manager
17

18

19

20

21

22

23

24

25

```
 1            LAS VEGAS, NEVADA; DECEMBER 6, 2023; 10:50 A.M.
 2                              --o0o--
 3                         P R O C E E D I N G S
 4            COURTROOM ADMINISTRATOR:  This is the time set for an
 5   early neutral evaluation in the matter of Lisa Breslaw vs. State
 6   of Nevada, Ex Rel. Board of Regents of the Nevada
 7   higher -- Nevada System of Higher Education.  The case number is
 8   2:23-cv-01680-APG-VCF.
 9            Beginning with the plaintiff on the Zoom conference,
10   please state your name for the record.
11            MS. BRESLAW:  Lisa Breslaw.
12            THE COURT:  All right.  Good morning, Ms. Breslaw.
13            MS. BRESLAW:  Good morning.
14            THE COURT:  And defense.
15            MS. KATAFIAS:  Nancy Katafias, State tort claims
16   manager.
17            THE COURT:  Okay.  Good morning, Ms. Katafias.
18            MS. KATAFIAS:  Good morning.
19            MS. NEFF:  Karissa Neff, counsel for College of
20   Southern Nevada.
21            THE COURT:  All right.  Good morning, Ms. Neff.
22            MS. NEFF:  And here with me is India Barton in the
23   matter of (indiscernible) Nevada.
24            THE COURT:  All right.  And good morning, Ms. Barton.
25            The parties had an early neutral evaluation this
```

1  morning and have come to a settlement.  Normally, Ms. Neff, I
2  would have you read the essential terms of the settlement into
3  the record, but your connection is still unclear, so I'm going to
4  read them and see if everyone agrees.
5              So the parties have agreed to settle the case for a
6  payment of $5,500 to Ms. Breslaw.  Ms. Breslaw agrees that she
7  will not engage in any future employment with any NSHE, Nevada
8  State of Higher Education, institution.  And there will, of
9  course, be a full release of all claims.
10             Starting with you, Ms. Breslaw, is that your
11 understanding of the essential terms of the settlement agreement?
12             **MS. BRESLAW:**  Yes.
13             **THE COURT:**  All right.  And --
14             **MS. BRESLAW:**  Yes.
15             **THE COURT:**  -- Ms. Neff, is that your understanding?
16             **MS. NEFF:**  Yes.
17             **THE COURT:**  And Ms. Katafias?
18             **MS. KATAFIAS:**  Yes, that is my understanding.
19             **THE COURT:**  All right.  And Ms. Barton?
20             **MR. BARTON:**  Yes.
21             **THE COURT:**  All right.  So the Court is going to set
22 a date of January 12th of 2024 for the stipulation of dismissal
23 to be filed.  I'm giving you a little bit of extra time than I
24 normally do because the holidays are coming up, and sometimes
25 that causes some difficulties in moving everything along.

1         If you can file -- get everything done and file that
2    before that date, you are always more than welcome to do so.  If
3    you cannot, for some reason, meet the deadline, the parties can
4    file a request for extension on the docket, and the Court will
5    consider it at that time.
6         Is there anything else on this matter at this time?
7         **MS. NEFF:**  No, Your Honor.
8         **MS. KATAFIAS:**  No.
9         **THE COURT:**  All right.  And I see shaking of heads
10   from the plaintiff, as well.
11        So thank you, everyone.  Have a good day and happy
12   holidays.
13        **MS. NEFF:**  Thank you, Your Honor.
14        **MS. KATAFIAS:**  Thank you.  Happy holidays.
15                              --o0o--
16        I, Paige M. Christian, a court-appointed transcriber,
17   certify that the foregoing is a correct transcript transcribed
18   from the official electronic sound recording of the proceedings
19   in the above-entitled matter.
20
21   Date:  January 9, 2023
22                       /s/ Paige M. Christian_____
                         Paige M. Christian, RMR, CRR, CCR #955
23                       Official Court Reporter
                         United States District Court
24                       District of Nevada
25