UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LISA BRESLAW,

    Plaintiff,

v.

STATE OF NEVADA *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE COLLEGE OF SOUTHERN NEVADA,

    Defendant.

Case No. 2:23-cv-01680-APG-MDC

**ORDER**

[Docket No. 45]

Plaintiff has filed a letter on the Docket.  *See* Docket No. 45.

District courts have authority to strike an improper filing under their inherent power to control the docket.  *E.g.*, *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010); *Metzger v. Hussman*, 682 F. Supp. 1109, 1110-11 (D. Nev. 1988).  "Striking material under the Court's inherent power is wholly discretionary."  *Fed. Nat'l Mortg. Assoc. v. Willis*, 2016 WL 11247554, at *1 (D. Nev. Oct. 14, 2016).  Courts also have a general duty to avoid deciding unnecessary issues.  *See, e.g.*, *U.S. Sec. & Exch. Comm'n v. Jensen*, 835 F.3d 1100, 1113 n.6 (9th Cir. 2016).  In deciding whether to exercise their discretion to strike an improper filing, courts consider whether striking the filing would "further the overall resolution of the action," and whether the filer has a history of excessive and repetitive filing that have complicated proceedings.  *Jones v. Skolnik*, 2015 WL 685228, at *2 (D. Nev. Feb. 18, 2015).

Plaintiff's filing presents no dispute to the Court to resolve in furthering the resolution of this action.  Additionally, the filing fails to comply with the Federal Rules of Civil Procedure and this Court's Local Rules.  *See, e.g.*, Fed. R. Civ. P. 7(b); Local Rule 7-2.

1

1  Accordingly, the Clerk's Office is **INSTRUCTED** to strike the filing at Docket No. 45.

2  IT IS SO ORDERED.

3  Dated: January 10, 2024

    _____
    Nancy J. Koppe
    United States Magistrate Judge