UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA BRESLAW, | Case No.: 2:23-cv-01680-APG-MDC |
| Plaintiff | **Order Granting Motion to Enforce Settlement** |
| v. | [ECF No. 48] |
| STATE OF NEVADA, EX. REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, | |
| Defendant | |

I ORDER that the defendant's motion to enforce the parties' settlement **(ECF No. 48) is granted**. The agreement placed on the record after the Early Neutral Evaluation is an enforceable agreement. If Lisa Breslaw refuses to sign the proposed written settlement agreement, then the defendants may pay the agreed-upon $5,500 settlement amount and Breslaw will be deemed to have fully released her claims asserted in this case. The defendants will file notice of their payment within five days of making it and this case will then be closed. I deny the defendants' request for an award of their attorneys' fees incurred in connection with their motion.

DATED this 14th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE