UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA BRESLAW, | Case No.: 2:23-cv-01680-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| STATE OF NEVADA, EX. REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, | |
| Defendant | |

I previously granted the defendant's motion to enforce the parties' settlement. ECF No. 62. I ordered the defendants to file notice of their payment within five days of making it and then this case would then be closed. *Id.* Since then, the defendants have not filed a notice of their payment.

I THEREFORE ORDER that by April 30, 2024, the defendants shall file notice of their payment under the settlement agreement. The failure to do so may result in sanctions, including dismissal of claims and defenses.

DATED this 4th day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE