**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA BRESLAW, | Case No.: 2:23-cv-01680-APG-VCF |
| Plaintiff | **Sealing Order** |
| v. | [ECF No. 71] |
| STATE OF NEVADA, EX. REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, | |
| Defendant | |

Plaintiff Lisa Breslaw filed a motion under Fed. R. Civ. P. 62.1 and attached her medical records. ECF No. 71. Medical records should be filed under seal to protect the patient's confidentiality.

I THEREFORE ORDER the clerk of the court to seal ECF No. 71 and then to refile pages 1-4 of that document as an attachment to ECF No. 71, unsealed.

DATED this 16th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE