# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Nevada

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:23-cv-01680-MDC-APG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 10/16/2023

Date of judgment or order you are appealing: 01/23/2025

Docket entry number of judgment or order you are appealing: 79

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Lisa Breslaw

Is this a cross-appeal?  ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ● Yes   ○ No

If yes, what is the prior appeal case number? 24-1301

Your mailing address (if pro se):

7089 ALIANTE PKWY, Apt. # 2054

City: North Las Vegas   State: NV   Zip Code: 89084

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Lisa Breslaw   **Date** 02/24/2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                      Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Lisa Breslaw

Name(s) of counsel (if any):

Pro Se

Address: 7088 Aliante Pkwy., Apt. 2054  N. Las Vegas, NV 89084

Telephone number(s): 702-488-6989

Email(s): lisa.breslaw@alumni.unlv.edu

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

State of Nevada ex. rel. Board of Regents of the State of Nevada on Behalf of the College of Southern Nevada

Name(s) of counsel (if any):

Debra Pieruschka

Address: 6375 W. Charleston Blvd. (WCE 310) Las Vegas, NV 89146

Telephone number(s): 702-651-7488

Email(s): debra.pieruschka@csn.edu

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                               1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                           2                                    *New 12/01/2018*