| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | FEB 13 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LISA DANIELLE BRESLAW,

       Plaintiff - Appellant,

 v.

STATE OF NEVADA, ex rel. Board of Regents of the Nevada System of Higher Education on behalf of College of Southern Nevada,

       Defendant - Appellee.

No. 25-567

D.C. No. 2:23-cv-01680-APG-MDC
District of Nevada,
Las Vegas

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

       The motion (Docket Entry No. 3) to proceed in forma pauperis is granted.

       The pro se opening brief has been filed. The answering brief is due April 1, 2025. The optional pro se reply brief is due within 21 days after service of the answering brief.

       Because appellant did not submit excerpts, appellee must submit all documents cited in the pro se opening brief or otherwise required by the rules. *See* 9th Cir. R. 30-1.